UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|                                    |   |                              |
|------------------------------------|---|------------------------------|
| UNITED STATES OF AMERICA           | ) |                              |
|                                    | ) | Court No.: 14-cr-10363-RGS   |
| v.                                 | ) |                              |
|                                    | ) |                              |
| BARRY J. CADDEN, et al.            | ) |                              |
|                                    | ) |                              |
| Defendants.                        | ) |                              |

## JOINT MOTION TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT

Pursuant to the Court's Order on June 30, 2015, the United States of America and the defendants, Barry J. Cadden, Glenn A. Chin, Gene Svirskiy, Christopher M. Leary, Joseph M. Evanosky, Scott M. Connolly, Sharon P. Carter, Alla V. Stepanets, Gregory A. Conigliaro, Robert A. Ronzio, Kathy S. Chin, Michelle L. Thomas, Carla R. Conigliaro, and Douglas A. Conigliaro, hereby move this Court to exclude all time from November 5, 2015, through January 7, 2016, under the Speedy Trial Act.

The Court has previously ordered that the period from December 17, 2014 (the date of the defendants' initial appearances in the case), through November 5, 2015 (previously the last-scheduled Interim Status Conference in this case), be excluded from the Speedy Trial Act computation in the interests of justice, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(ii). In its Order dated March 10, 2015, this Court found that "this case is sufficiently unusual and complex, given the number of defendants and the volume of discovery, 'that it is unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within the time limits established' by the Speedy Trial Act." See Docket No. 183 (citing 18 U.S.C. § 3161(h)(7)(B)(ii)).

At the Status Conference on June 30, 2015, the Court scheduled additional Interim Status Conferences for December 3, 2015, and January 7, 2016, such continuance providing counsel for the defendants and the defendants with additional time to review and investigate the evidence and evaluate the need for, and prepare, any pretrial motions. The parties submit that the reasons supporting the Court's initial exclusion still persist, and therefore, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(ii), the interests of justice in this case, *i.e.*, review of the case, review of evidence, investigation, evaluation of discovery, considerations of alternatives concerning how to best proceed with this matter, and preparation of dispositive motions outweigh the best interests of the public and the defendants for a trial within 70 days of the return of the Indictment.

For these reasons, the parties request that the period from November 5, 2015, through January 7, 2016, be excluded from any Speedy Trial Act computation.

|  | Respectfully submitted, |
|---|---|
| BARRY J. CADDEN | CARMEN M. ORTIZ |
|  | United States Attorney |
| By his attorneys, | By: |
| /s/ Bruce A. Singal | /s/ Amanda P.M. Strachan |
| Bruce A. Singal | Amanda P.M. Strachan |
| BBO #464420 | BBO #641108 |
| Michelle R. Peirce | George P. Varghese |
| BBO #557316 | Assistant United States Attorneys |
| Callan G. Stein | One Courthouse Way, Suite 9200 |
| Donoghue Barrett & Singal | Boston, MA 02210 |
| One Beacon Street, Suite 1320 | (617) 748-3100 |
| Boston, MA 02108 | amanda.strachan@usdoj.gov |
| (617) 720-5090 | george.varghese@usdoj.gov |
| bsingal@dbslawfirm.com |  |
| mpeirce@dbslawfirm.com |  |
| cstein@dbslawfirm.com |  |

GLENN A. CHIN

By his attorney,

/s/ Stephen J. Weymouth
Stephen J. Weymouth
BBO #523680
Weymouth Law
65a Atlantic Avenue
Boston, MA 02110
(617) 573-9598
sweymouth@sweymouthlaw.com

GENE SVIRSKIY

By his attorney,

/s/ Jeremy M. Sternberg
Jeremy M. Sternberg
BBO #556566
Christopher M. Iaquinto
BBO #685718
Holland & Knight
10 Saint James Avenue, 11th Floor
Boston, MA 02116
(617) 854-1476
jeremy.sternberg@hklaw.com
christopher.iaquinto@hklaw.com

CHRISTOPHER M. LEARY

By his attorney,

/s/ Paul V. Kelly
Paul V. Kelly
BBO #267010
Jackson Lewis PC
75 Park Plaza, 4th Floor
Boston, MA 02116
(617) 367-0025
paul.kelly@jacksonlewis.com

JOSEPH M. EVANOSKY

By his attorneys,

/s/ Mark W. Pearlstein
Mark W. Pearlstein
BBO # 542064
Dana M. McSherry
BBO # 664430
McDermott Will & Emery
28 State Street
Boston, MA 02109
(617) 535-4000
mpearlstein@mwe.com
dmcsherry@mwe.com

SCOTT M. CONNOLLY

By his attorney,

/s/ Raymond Sayeg, Jr.
Raymond Sayeg, Jr.
BBO #555437
Krattenmaker O'Connor & Ingber
One McKinley Square
Boston, MA 02109
(617) 523-1010
rsayeg@koilaw.com

SHARON P. CARTER

By her attorney,

/s/ Michael J. Pineault
Michael J. Pineault
BBO #555314
Clements & Pineault LLP
24 Federal Street
Boston, MA 02110
(857) 445-0135
mpineault@clementspineault.com

| ALLA V. STEPANETS | GREGORY A. CONIGLIARO |
|---|---|
| By her attorney, | By his attorneys, |
| /s/ John H. Cunha, Jr.<br>John H. Cunha, Jr.<br>BBO #108580<br>Cunha & Holcomb, P.C.<br>1 State Street, Suite 500<br>Boston, MA 02109<br>(617) 523-4300<br>cunha@cunhaholcomb.com | /s/ Daniel M. Rabinovitz<br>Daniel M. Rabinovitz<br>BBO #558419<br>John K. Wells<br>BBO #747818<br>Greenberg Traurig LLP<br>One International Place<br>Boston, MA 02110<br>(617) 310-6008<br>rabinovitzd@gtlaw.com<br>wellsj@gtlaw.com |
| ROBERT A. RONZIO | KATHY S. CHIN |
| By his attorney, | By her attorney, |
| /s/ Peter C. Horstmann<br>Peter C. Horstmann<br>BBO #556377<br>Partridge, Ankner & Horstmann, LLP<br>450 Lexington Street, Suite 101<br>Newton, MA 02466<br>(617) 723-1980<br>pete@horstmannlaw.com | /s/ Joan M. Griffin<br>Joan M. Griffin<br>BBO #549522<br>P.O. Boston 133<br>Dublin, NH 03444<br>(617) 283-0954<br>griffin@lawjmg.com |
| MICHELLE L. THOMAS | CARLA R. CONIGLIARO |
| By her attorney, | By her attorneys, |
| /s/ Michael C. Bourbeau<br>Michael C. Bourbeau<br>BBO #545908<br>Bourbeau & Bonilla LLP<br>236 Commercial Street, Unit 1<br>Boston, MA 02110<br>mike@lawgenie.com | /s/ David E. Meier<br>David E. Meier<br>BBO #341710<br>Melinda L. Thompson<br>BBO #651265<br>Todd & Weld LLP<br>One Federal Street<br>Boston, MA 02110<br>dmeier@toddweld.com<br>mthompson@toddweld.com |

DOUGLAS A. CONIGLIARO

By his attorneys,

/s/ David E. Meier
David E. Meier
BBO #341710
Melinda L. Thompson
BBO #651265
Todd & Weld LLP
One Federal Street
Boston, MA 02110
dmeier@toddweld.com
mthompson@toddweld.com


Dated: July 2, 2015

CERTIFICATE OF SERVICE

I hereby certify that the foregoing document filed through the ECF system will be sent electronically to counsel for the defendants, who are registered participants as identified on the Notice of Electronic Filing (NEF).

/s/ Amanda P.M. Strachan
Amanda P.M. Strachan
Assistant U.S. Attorney

Dated: July 2, 2015