UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) | Criminal No.: 14-cr-10363-RGS |
| v. | ) ) |  |
| BARRY J. CADDEN, et al. | ) ) |  |
| Defendants. | ) ) |  |

**DEFENDANTS' MOTION FOR ONE WEEK EXTENSION OF TIME
TO FILE OBJECTIONS TO JULY 13, 2015 ORDER**
(No Objection by Government)

Defendants hereby move the Court for a one week extension of time, until Monday, August 3, 2015, to file objections to Magistrate Judge Boal's July 13, 2015 Order on Defendants' Preliminary Motion to Compel Discovery. In support of this motion, Defendants state as follows:

1. On July 13, 2015, Magistrate Judge Boal granted in part and denied in part Defendants' Preliminary Motion to Compel Discovery.

2. Defendants intend to file objections to at least portions of Magistrate Judge Boal's order. Pursuant to Federal Rule of Criminal Procedure 59(a) and Rule 2(b) of the Rules for United States Magistrates in the U.S. District Court for the District of Massachusetts, the fourteen-day deadline for these objections is Monday, July 27, 2015.

3. Counsel for Defendants are requesting an additional one week to file these objections due to their heavy case load and schedule.

4. The government does not object to the Defendants' request for a one week extension.

Dated: July 23, 2015

                                 Respectfully submitted,

                                 BARRY J. CADDEN,
                                 By his attorneys,


                               */s/   Bruce A. Singal*
                               Bruce A. Singal (BBO# 464420)
                               Michelle R. Peirce (BBO# 557316)
                               Callan G. Stein (BBO# 670569)
                               DONOGHUE, BARRETT & SINGAL, PC
                               One Beacon Street – Suite 1320
                               Boston, MA 02108
                               Telephone:  (617) 720-5090
                               bsingal@dbslawfirm.com
                               mpeirce@dbslawfirm.com
                               cstein@dbslawfirm.com


                               SHARON CARTER,
                               By her attorneys,


                               */s/   Michael Pineault*
                               Michael Pineault
                               CLEMENTS & PINEAULT, LLP
                               23 Federal Street
                               Boston, MA 02108
                               Telephone:  (857) 445-0133

GLENN CHIN,
By his attorneys,


  /s/   *Stephen Weymouth*
Stephen Weymouth
LAW OFFICE OF STEPHEN WEYMOUTH
65a Atlantic Avenue, Suite 3
Boston, MA 02110
Telephone: (617) 573-9598

KATHY CHIN,
By her attorneys,


  /s/   *Joan Griffin*
Joan Griffin
P.O. Box 133
Dublin, NH 03444
Telephone: (617) 283-0954

SCOTT CONNOLLY,
By his attorneys,


  /s/   *Raymond Sayeg, Jr.*
Raymond Sayeg, Jr.
KRATTENMAKER O'CONNOR & INGBER P.C.
One McKinley Square
Fifth Floor
Boston, MA 02109
Telephone: (617) 523-4010

JOSEPH EVANOSKY
By his attorneys,


  /s/   *Mark Pearlstein*
Mark Pearlstein
Dana McSherry
MCDERMOTT, WILL & EMERY
28 State Street
Boston, MA 02109
Telephone: (617) 545-4000

CHRISTOPHER LEARY,
By his attorneys,


 */s/    Paul Kelly*_____
Paul Kelly
Sarah Walsh
JACKSON LEWIS PC
75 Park Plaza, 4th Floor
Boston, MA 02116
Telephone: (617) 367-0025


ROBERT RONZIO,
By his attorneys,


 */s/    Peter Horstmann*_____
Peter Horstmann
LAW OFFICES OF PETER CHARLES HORSTMANN
450 Lexington Street
Suite 101
Auburndale, MA 02466
Telephone: (617) 723-1980


ALLA STEPANETS
By her attorneys,


 */s/    John Cunha, Jr.*_____
John Cunha, Jr.
Michael McDonald
CUNHA & HOLCOMB, PC
One State Street
Suite 500
Boston, MA 02109
Telephone: (617) 523-4350

GENE SVIRSKIY
By his attorneys,


  /s/   *Jeremy Sternberg*
Jeremy Sternberg
Chris Iaquinto
HOLLAND & KNIGHT
10 St. James Avenue, 11th Floor
Boston, MA 02116
Telephone: (617) 854-1476

MICHELLE THOMAS
By her attorneys,


  /s/   *Michael Bourbeau*
Michael Bourbeau
BOURBEAU AND BONILLA, LLP
236 Commercial Street, Unit One
Boston, MA 02109
Telephone: (617) 350-6565


**CERTIFICATE OF SERVICE**

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-participants on July 23, 2015.

  /s/   *Bruce A. Singal*
Bruce A. Singal