UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) <br> ) <br> ) Court No.: 14-cr-10363-RGS <br> ) <br> ) <br> ) <br> ) <br> ) |
| v. | |
| BARRY J. CADDEN, et al., | |
| Defendants. | |

**GOVERNMENT'S NOTICE OF CLARIFICATION REGARDING ITS POSITION ON DEFENDANTS' JOINT MOTION FOR EXTENSION OF TIME TO FILE CONSOLIDATED MOTION FOR BILL OF PARTICULARS**

The United States of America hereby files this notice clarifying its position regarding the Defendants' Joint Motion for Extension of Time to File Consolidated Motion for Bill of Particulars (Document No. 321). While the government does not oppose an extension of a deadline imposed under Local Rule 116.3(g), it will oppose any motion seeking leave of the Court pursuant to Federal Rule of Criminal Procedure 7(f) to file an untimely motion for a bill of particulars. Under Rule 7(f), the deadline for filing any such motion without leave of court was fourteen days after arraignment.

Respectfully submitted,

CARMEN M. ORTIZ
UNITED STATES ATTORNEY

By: /s/ Amanda P.M. Strachan
    AMANDA P.M. STRACHAN
    BBO # 641108
    GEORGE P. VARGHESE
    Assistant United States Attorneys
    John Joseph Moakley Courthouse
    One Courthouse Way, Suite 9200
    Boston, Massachusetts 02210
    (617) 748-3100
    amanda.strachan@usdoj.gov
    george.varghese@usdoj.gov

Dated: August 24, 2015

Certificate of Service

I hereby certify that the foregoing document filed through the ECF system will be sent electronically to counsel for Defendants, who are registered participants as identified on the Notice of Electronic Filing (NEF).

By: /s/ Amanda P.M. Strachan
    AMANDA P.M. STRACHAN
    Assistant United States Attorney