UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | Court No.: 14-cr-10363-RGS |
| v. | ) ) |  |
| BARRY J. CADDEN, et al. | ) ) |  |
| Defendants. | ) ) |  |

**JOINT STATUS REPORT**

Pursuant to the Court's Order dated February 26, 2015, and Local Rule 116.5(b), the United States of America and the defendants, Barry J. Cadden, Glenn A. Chin, Gene Svirskiy, Christopher M. Leary, Joseph M. Evanosky, Scott M. Connolly, Sharon P. Carter, Alla V. Stepanets, Gregory A. Conigliaro, Robert A. Ronzio, Kathy S. Chin, Michelle L. Thomas, Carla R. Conigliaro, and Douglas A. Conigliaro, by their undersigned counsel, respectfully submit the following Joint Status Report regarding the above-captioned matter.

**1.      The Status of Automatic Discovery and any Pending Discovery Requests**

The United States produced automatic discovery on January 14, 2015, and made additional discovery productions on February 12, 2015, March 25, 2015, May 12, 2015, and June 23, 2015. The United States' discovery productions totaled approximately 8.8 million pages. The United States requested reciprocal discovery from the defendants pursuant to Rule 16(b) of the Federal Rules of Criminal Procedure and Local Rule 116.1(d) on each date.

On May 1, 2015, counsel for defendant Cadden filed a motion to compel discovery in which defendants Chin, Svirskiy, Leary, Evanosky, Connolly, Carter, Stepanets, Ronzio, Kathy Chin, and Thomas joined. The government filed an opposition on May 15, 2015. On July 13,

2015, the Court denied the defendants' discovery requests, other than ordering the government to disclose draft interview memoranda that contain potentially material differences from the final interview memoranda previously disclosed. On August 13, 2015, pursuant to this Court's order, the government disclosed thirty-two draft interview memoranda to the defendants.

On August 3, 2015, the defendants filed objections to this Court's rulings with respect to six of the defendants' twelve discovery requests. On August 14, 2015, the government filed its response. Judge Stearns has not yet ruled on the defendants' objections to this Court's order.

**2.     The Timing of any Additional Discovery to be Produced**

The United States is aware of its continuing duty to disclose newly discovered additional evidence or material that is subject to discovery or inspection under Local Rules 116.1 and 116.2(b)(1) and Rule 16 of the Federal Rules of Criminal Procedure. Accordingly, the United States will be producing additional discovery to the defendants in the near future.

**3.     The Timing of any Additional Discovery Requests**

The defendants anticipate making additional discovery requests. The defendants have individually submitted requests for a bill of particulars to the government. The parties anticipate that a joint defense motion will be filed.

**4.     Whether any Protective Orders Addressing the Disclosure or Dissemination of Sensitive Information Concerning Victims, Witnesses, Defendants, or Law Enforcement Sources or Techniques May be Appropriate**

On April 17, 2015, the Court issued an Amended Protective Order. The Amended Protective Order requires the government, as the producing party, to designate materials within its discovery productions as "confidential discovery materials" subject to the Amended Protective Order. On June 24, 2015, the government notified the defendants of materials within a portion of its discovery productions that it had designated as confidential discovery materials.

The government is in the process of designating additional materials within the discovery productions, and will provide the defendants with these designations in the near future.

**5.     The Timing of any Pretrial Motions Under Fed. R. Crim P. 12(b) and 14**

The defendants anticipate filing pretrial motions under Fed. R. Crim. P. 12(b) and 14 after they have had a further opportunity to review the discovery provided, and to be provided, by the United States.

**6.     The Timing of Expert Witness Disclosures**

Judge Stearns has ordered the parties to produce expert witness disclosures by March 28, 2016. Some defense counsel anticipate making a motion seeking: (a) government expert disclosures earlier than March 28, 2016, and (b) an opportunity to review the government's expert disclosures before making defense expert disclosures, if any.

**7.     Periods of Excludable Delay Under the Speedy Trial Act**

On March 10, 2015, and July 6, 2015, the Court ordered that the period from February 26, 2015 (the date of the initial status conference), until January 7, 2016 (the date of the final status conference), be excluded from the Speedy Trial Act computation in the interests of justice, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(ii).

**8.     The Timing of an Interim Status Conference or Final Status Conference**

The Court has scheduled interim status conferences for September 3, 2015, November 5, 2015, and December 3, 2015. A final status conference has been scheduled for January 7, 2016.

**9.     Additional Matters**

The parties do not have any additional matters to raise at this time.

|  |  |
|---|---|
|  | Respectfully submitted, |
| BARRY J. CADDEN | CARMEN M. ORTIZ<br>United States Attorney |
| By his attorneys, | By: |
| /s/ Bruce A. Singal<br>Bruce A. Singal<br>BBO #464420<br>Michelle R. Peirce<br>BBO #557316<br>Callan G. Stein<br>Donoghue Barrett & Singal<br>One Beacon Street, Suite 1320<br>Boston, MA 02108<br>(617) 720-5090<br>bsingal@dbslawfirm.com<br>mpeirce@dbslawfirm.com<br>cstein@dbslawfirm.com | /s/ Amanda P.M. Strachan<br>Amanda P.M. Strachan<br>BBO #641108<br>George P. Varghese<br>Assistant United States Attorneys<br>One Courthouse Way, Suite 9200<br>Boston, MA 02210<br>(617) 748-3100<br>amanda.strachan@usdoj.gov<br>george.varghese@usdoj.gov |
| GLENN A. CHIN | GENE SVIRSKIY |
| By his attorney, | By his attorney, |
| /s/ Stephen J. Weymouth<br>Stephen J. Weymouth<br>BBO #523680<br>Weymouth Law<br>65a Atlantic Avenue<br>Boston, MA 02110<br>(617) 573-9598<br>sweymouth@sweymouthlaw.com | /s/ Jeremy M. Sternberg<br>Jeremy M. Sternberg<br>BBO #556566<br>Christopher M. Iaquinto<br>BBO #685718<br>Holland & Knight<br>10 Saint James Avenue, 11th Floor<br>Boston, MA 02116<br>(617) 854-1476<br>jeremy.sternberg@hklaw.com<br>christopher.iaquinto@hklaw.com |

| | |
|---|---|
| CHRISTOPHER M. LEARY | JOSEPH M. EVANOSKY |
| By his attorney, | By his attorneys, |
| /s/ Paul V. Kelly<br>Paul V. Kelly<br>BBO #267010<br>Jackson Lewis PC<br>75 Park Plaza, 4th Floor<br>Boston, MA 02116<br>(617) 367-0025<br>paul.kelly@jacksonlewis.com | /s/ Mark W. Pearlstein<br>Mark W. Pearlstein<br>BBO # 542064<br>Dana M. McSherry<br>BBO # 664430<br>McDermott Will & Emery<br>28 State Street<br>Boston, MA 02109<br>(617) 535-4000<br>mpearlstein@mwe.com<br>dmcsherry@mwe.com |
| SCOTT M. CONNOLLY | SHARON P. CARTER |
| By his attorney, | By her attorney, |
| /s/ Raymond Sayeg, Jr.<br>Raymond Sayeg, Jr.<br>BBO #555437<br>Krattenmaker O'Connor & Ingber<br>One McKinley Square<br>Boston, MA 02109<br>(617) 523-1010<br>rsayeg@koilaw.com | /s/ Michael J. Pineault<br>Michael J. Pineault<br>BBO #555314<br>Clements & Pineault LLP<br>24 Federal Street<br>Boston, MA 02110<br>(857) 445-0135<br>mpineault@clementspineault.com |
| ALLA V. STEPANETS | GREGORY A. CONIGLIARO |
| By her attorney, | By his attorneys, |
| /s/ John H. Cunha, Jr.<br>John H. Cunha, Jr.<br>BBO #108580<br>Cunha & Holcomb, P.C.<br>1 State Street, Suite 500<br>Boston, MA 02109<br>(617) 523-4300<br>cunha@cunhaholcomb.com | /s/ Daniel M. Rabinovitz<br>Daniel M. Rabinovitz<br>BBO #558419<br>John K. Wells<br>BBO #747818<br>Greenberg Traurig<br>One International Place<br>Boston, MA 02110<br>(617) 310-6008<br>rabinovitzd@gtlaw.com<br>wellsj@gtlaw.com |

| ROBERT A. RONZIO | KATHY S. CHIN |
|---|---|
| By his attorney, | By her attorney, |
| /s/ Peter C. Horstmann<br>Peter C. Horstmann<br>BBO #556377<br>Partridge, Ankner & Horstmann, LLP<br>450 Lexington Street, Suite 101<br>Newton, MA 02466<br>(617) 723-1980<br>pete@horstmannlaw.com | /s/ Joan M. Griffin<br>Joan M. Griffin<br>BBO #549522<br>P.O. Boston 133<br>Dublin, NH 03444<br>(617) 283-0954<br>griffin@lawjmg.com |
| MICHELLE L. THOMAS | CARLA R. CONIGLIARO |
| By her attorney, | By her attorneys, |
| /s/ Michael C. Bourbeau<br>Michael C. Bourbeau<br>BBO #545908<br>Bourbeau & Bonilla LLP<br>236 Commercial Street, Unit 1<br>Boston, MA 02110<br>mike@lawgenie.com | /s/ David E. Meier<br>David E. Meier<br>BBO #341710<br>Melinda L. Thompson<br>BBO #651265<br>Todd & Weld LLP<br>One Federal Street<br>Boston, MA 02110<br>dmeier@toddweld.com<br>mthompson@toddweld.com |

DOUGLAS A. CONIGLIARO

By his attorneys,

/s/ David E. Meier
David E. Meier
BBO #341710
Melinda L. Thompson
BBO #651265
Todd & Weld LLP
One Federal Street
Boston, MA 02110
dmeier@toddweld.com
mthompson@toddweld.com

Dated: August 27, 2015

## CERTIFICATE OF SERVICE

      I hereby certify that the foregoing document filed through the ECF system will be sent electronically to counsel for the defendants, who are registered participants as identified on the Notice of Electronic Filing (NEF).

                                    /s/ Amanda P.M. Strachan
                                    Amanda P.M. Strachan
                                    Assistant U.S. Attorney

Dated:  August 27, 2015