UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | NO. 1:14-cr-10363-RGS |
| v. | ) | |
| | ) | |
| (1) BARRY J. CADDEN, | ) | NOTICE OF CHANGE OF ADDRESS |
| (2) GLENN A. CHIN, | ) | |
| (3) GENE SVIRSKIY, | ) | |
| (4) CHRISTOPHER M. LEARY, | ) | |
| (5) JOSEPH M. EVANOSKY, | ) | |
| (6) SCOTT M. CONNOLLY, | ) | |
| (7) SHARON P. CARTER, | ) | |
| (8) ALLA V. STEPANETS, | ) | |
| (9) GREGORY A. CONIGLIARO, | ) | |
| (10) ROBERT A. RONZIO, | ) | |
| (11) KATHY S. CHIN, | ) | |
| (12) MICHELLE L. THOMAS, | ) | |
| (13) CARLA R. CONIGLIARO, | ) | |
| (14) DOUGLAS A. CONIGLIARO, | ) | |
| Defendants. | ) | |

TO: Clerk of the Court and all Parties

PLEASE TAKE NOTICE of the following change of address effective August 31, 2015:

    Aoki Law PLLC
    1200 Fifth Ave., Suite 750
    Seattle, WA 98101

As of the effective date, all notices, pleadings, correspondence, or any other materials related to this matter are to be directed to this new address.

Dated this 26th day of August, 2015.

    *s/Russell M. Aoki*
    Russell M. Aoki, WSBA # 15717
    Aoki Law PLLC
    720 Olive Way, Ste. 1525
    Seattle WA 98101
    Telephone: (206) 624-1900
    Facsimile: (206) 442-4396
    Email: russ@aokilaw.com