UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | **FILED UNDER SEAL** |
| V. ) | |
| ) | Court No. 14-cr-10363-RGS |
| BARRY J. CADDEN, et. al., ) | |
| ) | |
| Defendants. ) | |

## GOVERNMENT'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Local Rule 112.4(b), the government states that the following organizations are victims in the above-captioned case.

All the listed entities are corporations, unless otherwise designated.

As is required under Local Rule 112.4(b), the chart below identifies any parent corporation of the listed organizational victims, identifies any publicly held corporation that owns 10% or more of the listed organizational victims' stock, or states that there is no such corporation.

| Organizational Victim | Parent Corporation | Publicly Held Corporation That Owns 10% or More of Victim Organization's Stock |
|---|---|---|
| Advocate Good Shepherd Hospital (*Assumed Name of Advocate Health and Hospitals Corporation*) 450 West Highway 22 Barrington, IL 60010 | Advocate Health and Hospitals Corporation 3075 Highland Pkwy. Suite 600 Downers Grove, IL 60515 | None |

| | | |
|---|---|---|
| Augusta Eye Associates, PLC (*Now known as EyeOne, PLC*)<br>17 N. Medical Park Dr.<br>Fisherville, VA 22939 | None | None |
| Baptist Medical Center<br>800 Prudential Dr.<br>Jacksonville, FL 32207 | Baptist Health System, Inc.<br>800 Prudential Dr.<br>Jacksonville, FL 32207 | None |
| Box Hill Surgery Center, LLC<br>100 Walter Ward Blvd.<br>Abingdon, MD 21009 | None | None |
| Brigham and Women's Hospital, Inc.<br>50 Staniford St.<br>Boston, MA 02114 | Partner's Healthcare System, Inc.<br>Prudential Center<br>800 Boylston St.<br>11th Fl.<br>Boston, MA 02199 | None |
| Decatur Memorial Hospital<br>2300 N. Edward St.<br>Decatur, IL 62526 | Illinois Health and Science<br>2300 N. Edward St.<br>Decatur, Illinois 62526 | None |
| Elkhart General Hospital, Inc.<br>600 East Blvd.<br>Elkhart, IN 46514 | Beacon Health System, Inc.<br>615 N. Michigan St.<br>South Bend, IN 46601 | None |
| Florida Hospital Waterman, Inc.<br>1000 Waterman Way<br>Tavares, FL 32778 | Adventist Health System<br>900 Hope Way<br>Altamonte Springs, FL 32714 | None |
| Glens Falls Hospital<br>100 Park St.<br>Glens Falls, NY 12801 | None | None |
| High Point Surgery Center, LLC<br>600 N. Lindsay St.<br>High Point, NC 27262 | *Jointly owned*:<br>Surgery Center Associates of High Point, LLC<br>600 North Lindsay St.<br>High Point, NC 27262<br><br>High Point Regional Health, d/b/a High Point Regional Hospital<br>601 N. Elm St.<br>High Point, NC 27262 | None |
| Hill Country Sports Medicine, PA<br>1305 Wonder World Dr.<br>Ste. 100<br>San Marcos, TX 78666 | None | None |
| Insight Imaging (*Now known as Insight Health Corp.*)<br>2923 Franklin Rd. S.W.<br>Roanoke, VA 24014 | Diagnostic Services Holdings, Inc.<br>5775 Wayzata Blvd.<br>Ste. 400<br>St. Louis Park, MN 55416 | None |

2

| | | |
|---|---|---|
| Keck Hospital of USC<br>1500 San Pablo St.<br>Los Angeles, CA  90053 | University of Southern California<br>3551 Trousdale Pkwy.<br>Ste. 160<br>Los Angeles, CA  90089 | None |
| Marion Pain Management Center, Inc.<br>1737A SE 28th Loop<br>Ocala, FL  34471 | None | None |
| Massachusetts Eye and Ear Infirmary<br>243 Charles St.<br>Boston, MA  02114 | Foundation of the Massachusetts Eye and Ear Infirmary, Inc.<br>243 Charles St.<br>Boston, MA  02114 | None |
| McLaren Port Huron<br>1221 Pine Grove Ave.<br>Port Huron, MI  48060 | McLaren Health Care Corporation<br>G-3235 Beecher St.<br>Flint, MI  48532 | None |
| Michigan Pain Specialists, PLLC<br>2305 Genoa Business Park Dr.<br>Ste. 210<br>Brighton, MI  48114 | None | None |
| Nebraska Spine Center, LLP, d/b/a Nebraska Pain Consultants<br>6940 Van Dorn St.<br>Ste. 201<br>Lincoln, NE  68506 | Nebraska Spine Center, LLP<br>Suite 100<br>13616 California St.<br>Omaha, NE  68154 | None |
| North Shore Medical Center, Inc.<br>81 Highland Ave.<br>Salem, MA  01970 | Partner's Healthcare System, Inc.<br>Prudential Center<br>800 Boylston St.<br>11th Fl.<br>Boston, MA  02199 | None |
| Oakleaf Surgical Hospital, LLC<br>1000 Oakleaf Way<br>Altona, WI  54720 | *Jointly owned*:<br>National Surgical Hospital Wisconsin, Inc.<br>250 S. Wacker Dr.<br>Ste. 500<br>Chicago IL 60606<br><br>Individual physician partners, none of whom own more than a 2% share. | None |
| OSMC Outpatient Surgery Center, PC<br>2310 California Rd.<br>Elkhart, IN  46514 | None | None |

| | | |
|---|---|---|
| Retina Group of Washington, PC<br>    5454 Wisconsin Ave.<br>    Ste. 1540<br>    Chevy Chase, MD  20815 | None | None |
| Sentara Norfolk General Hospital<br>(*Fictitious Name Filing of Sentara Healthcare*)<br>    600 Gresham Dr.<br>    Norfolk, VA  23507 | Sentara Healthcare<br>    6015 Poplar Hall Dr.<br>    #308<br>    Norfolk, VA  23502 | None |
| South Bend Clinic, LLP<br>    211 North Eddy St.<br>    South Bend, IN  46617 | None | None |
| Southboro Medical Group, Inc.<br>    24 Newton St.<br>    Southboro, MA  01772 | Reliant Medical Group, Inc.<br>    100 Front St.<br>    Worchester, MA  01608 | None |
| Southlake Ambulatory Surgery Center, d/b/a Surgery Center at Spivey Station<br>    7813 Spivey Station Blvd.<br>    #100<br>    Jonesboro, GA  30236 | Southern Regional Health System, Inc.<br>    11 Upper Riverdale Rd., S.W.<br>    Riverdale, GA  30274 | None |
| Specialty Surgery Center, PLLC<br>    116 Brown Ave.<br>    Crossville, TN  38555<br>    (*currently dissolved*) | None | None |
| St. Peter's Hospital of the City of Albany<br>    315 S. Manning Blvd.<br>    Albany, NY  12208 | St. Peter's Health Care Services<br>    315 S. Manning Blvd.<br>    Albany, NY  12208 | None |
| St. Vincent's Birmingham<br>    810 St. Vincent's Dr.<br>    Birmingham, AL  35205 | Ascension Health, Inc.<br>    4600 Edmundson Rd.<br>    Saint Louis, MO  63134 | None |
| West Virginia University Ruby Memorial Hospital<br>    1 Medical Center Dr.<br>    Morgantown, WV  26506 | West Virginia United Health System, Inc.<br>    1000 Technology Dr.<br>    Ste. 2320<br>    Fairmont, WV  26554 | None |
| Winchester Medical Center<br>    1840 Amherst St.<br>    Winchester, VA  22604 | Valley Health System<br>    220 Campus Blvd.<br>    Ste. 420<br>    Winchester, VA  22601 | None |

The government further identifies Saint Thomas Outpatient Neurosurgical Center, LLC 4230 Harding Rd., Ste. 901, Nashville, TN 37205, as a victim in this case. Saint Thomas Outpatient Neurosurgical Center, LLC is equally owned and operated by two entities, Saint Thomas Network and the Howell Allen Clinic, LLC, 2011 Murphy Ave., Ste. 301, Nashville, TN 37203. Saint Thomas Network is wholly owned and operated by Ascension Health, Inc., 4600 Edmundson Rd., Saint Louis, MO 63134. None of these entities is publicly owned.

The government further identifies the LewisGale Medical Center, 1900 Electric Rd., Salem, VA 24153, as a victim in this case. LewisGale Medical Center is wholly owned and operated by Lewis-Gale Medical Center, LLC; which is wholly owned by Lewis-Gale Hospital, Inc.; which is wholly owned by Hospital Corp., LLC; which is wholly owned by HCA Squared, LLC; which is wholly owned by Healthtrust, Inc.; which is wholly owned by HCA, Inc.; which is wholly owned by HCA Holdings, Inc. HCA Holdings, Inc. is a publicly held corporation (*NYSE: HCA*).

The government further identifies Osceola Regional Medical Center, 700 W. Oak St., Kissimmee, FL 34741, as a victim in this case. Osceola Regional Medical Center is wholly owned and operated by Osceola Regional Hospital, Inc.; which is wholly owned by Columbia Park Healthcare Systems, Inc. Columbia Park Healthcare Systems, Inc., is owned in part by five corporate entities: Hospital Corp., LLC; Medivision, Inc.; Galen Holdco, LLC; Surgico, LLC; and Healthtrust, Inc. Hospital Corp., LLC is wholly owned by HCA Squared, LLC, which is wholly owned by Healthtrust, Inc. Medivision, Inc. is wholly owned by Medical Care America, LLC, which is wholly owned by Healthtrust, Inc. Galen Holdco, LLC, and Surgico, LLC, are both wholly owned by Healthtrust, Inc.; which is wholly owned by HCA, Inc.; which is wholly

owned by HCA Holdings, Inc. HCA Holdings, Inc., is a publicly held corporation (*NYSE: HCA*).

The government further identifies Sunrise Hospital and Medical Center, 3186 South Maryland Way, Las Vegas, NV 89109, as a victim in this case. Sunrise Hospital and Medical Center is wholly owned and operated by Sunrise Hospital and Medical Center, LLP; which is wholly owned and operated by AC Med, LLC; which is wholly owned by Healthtrust, Inc.; which is wholly owned by HCA, Inc.; which is wholly owned by HCA Holdings, Inc. HCA Holdings, Inc. is a publicly held corporation (*NYSE: HCA*).

Respectfully submitted,

CARMEN M. ORTIZ
UNITED STATES ATTORNEY

By: /s/ Amanda P.M. Strachan
AMANDA P.M. STRACHAN
Assistant U.S. Attorney
John J. Moakley United States Courthouse
One Courthouse Way, Suite 9200
Boston, Massachusetts 02210
(617) 748-3100
amanda.strachan@usdoj.gov

Dated: September 17, 2015

Certificate of Service

I hereby certify that the foregoing document will be served on counsel for the defendants by Electronic and First Class Mail.

By: /s/ Amanda P.M. Strachan
AMANDA P.M. STRACHAN
Assistant U.S. Attorney

Dated: September 17, 2015