UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 14-10363-RGS

UNITED STATES OF AMERICA

v.

BARRY J. CADDEN, et al.

**FINAL STATUS REPORT**

February 5, 2016

Boal, M.J.

A Final Status Conference was held before this court on February 4, 2016, pursuant to the provisions of Local Rule 116.5(c).  Based on that conference, this court enters the following report and order:

1. This case is ready to be transferred to the District Judge assigned to this case for an initial pretrial conference.

2. Discovery is substantially complete.  The Court ordered the government to complete its review of Filter Team materials and produce those documents that are determined not to be privileged.  The government has appealed that decision.

3. There are no outstanding discovery requests or outstanding or anticipated discovery motions at this time.

4. Several defendants have filed motions to dismiss and motions to sever, which are pending before the District Judge.  Docket Nos. 359, 392, 394, 398, 400, 401, 403, 404, 406, 407, 410, 412, 413, 417, 433, 441.

5. Based upon the orders of the court dated December 22, 2014, March 10, 2015, July 6, 2015, and January 8, 2016, at the time of the Final Status Conference on February 4, 2016, there were zero (**0**) days of non-excludable time under the Speedy Trial Act and seventy (**70**) days remaining under the Speedy Trial Act in which this case must be tried.  In addition, the Court has excluded the time until the date of each of the scheduled trials.

6.      The estimated length of trial is three to four months.

                                        ___ / s / Jennifer C. Boal
                                        JENNIFER C. BOAL
                                        UNITED STATES MAGISTRATE JUDGE