UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|                              |   |                                      |
|------------------------------|---|--------------------------------------|
| UNITED STATES OF AMERICA     | ) |                                      |
|                              | ) | Court No.: 14-cr-10363-RGS-8, 11, 12 |
| v.                           | ) |                                      |
|                              | ) |                                      |
| BARRY J. CADDEN, et al.,     | ) |                                      |
|                              | ) |                                      |
| Defendants.                  | ) |                                      |

## NOTICE OF APPEAL

Notice is hereby given that the United States of America (the prosecution in the above-captioned case) hereby appeals to the United States Court of Appeals for the First Circuit from the District Court's (Stearns, J.) (1) October 4, 2016 *Memorandum and Order on Defendants' Motions to Dismiss*, which dismissed Counts 104-107 and 108-109 as they relate to Ms. Chin and Ms. Thomas (docket number 675, entered on the docket on October 4, 2016); (2) October 4, 2016 electronic order dismissing Counts 96-98, 101-103, and 108, relating to Ms. Stepanets (docket number 678, entered on the docket on October 4, 2016), and (3) from the Court's November 16, 2016 denial of the government's motion for reconsideration (docket number 725, entered on the docket on November 16, 2016).

Respectfully submitted,

WILLIAM D. WEINREB
ATTORNEY FOR THE UNITED STATES
Acting Under Authority Conferred by 28 U.S.C. § 515

By: /s/ George P. Varghese
AMANDA P.M. STRACHAN
BBO # 641108
GEORGE P. VARGHESE
Assistant United States Attorneys

## Certificate of Service

I hereby certify that on November 21, 2016, this Notice of Appeal filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

By:/s/ *George P. Varghese*
AMANDA P.M. STRACHAN
GEORGE P. VARGHESE
Assistant U.S. Attorneys