# United States Court of Appeals
## For the First Circuit

No. 16-2404

UNITED STATES,

Appellant,

v.

MICHELLE L. THOMAS,

Defendant - Appellee.

**MANDATE**

Entered: February 6, 2018

    In accordance with the judgment of January 12, 2018, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

/s/ Margaret Carter, Clerk

cc:
Michael C. Bourbeau
Dina Michael Chaitowitz
Randall Ernest Kromm
Douglas Neal Letter
Scott R. McIntosh
Amanda Masselam Strachan
Daniel Tenny
George P. Varghese