UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                                     )<br>)<br>GENE SVIRSKIY, ET AL.,            )<br>)<br>Defendants.               )<br>_____) | Court No.: 14-cr-10363-RGS-3-9, 11-12 |

## **JOINT MOTION FOR SCHEDULING ORDER**

The government and Gene Svirskiy, Christopher Leary, Joseph Evanosky, Scott Connolly, Sharon Carter, Alla Stepanets, Gregory Conigliaro, Kathy Chin, and Michelle Thomas (collectively, "the Parties") jointly file this scheduling request with the Court to memorialize their agreed-upon proposed schedule governing the Parties' pretrial disclosures and submissions in connection with the trial that is scheduled in this matter for October 2, 2018 (Dkt. 1396). The Parties ask that the Court Order as follows:

1. The government will serve its witness list on defendants by August 7, 2018.

2. The government will serve notice under Fed. R. Crim. P. 404(b) by August 7, 2018.

3. The government will serve its expert disclosures under Fed. R. Crim. P. 16(a)(1)(G) by August 17, 2018.

4. The Parties will serve their respective exhibit lists by August 24, 2018.[1]

5. Defendants will serve their expert disclosures under Fed. R. Crim. P. 16(b)(1)(C) by September 17, 2018.

6. Upon issuance by the Court of a revised "Order Setting Criminal Case for Jury Trial," reflecting the October 2, 2018 trial date, all other dates will be governed by the terms of that Order.

---

[1] The Parties have agreed that the government will: (a) produce a searchable exhibit list, with columns that contain not only the bates number range for each exhibit, but also the exhibit number(s) assigned to that same document if it previously was admitted during either the *Cadden* or *Chin* trials; and (b) provide the defendants with electronic copies of the exhibits in .pdf form by August 31, 2018.

*[Handwritten margin note: Allowed. RGS flumm DJ 8-1-18]*