UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|                              |   |
|------------------------------|---|
| UNITED STATES OF AMERICA     | ) |
|                              | ) Court No.: 14-cr-10363-RGS-3-9, 11-12 |
| v.                           | ) |
|                              | ) |
| GENE SVIRSKIY ET AL.,        | ) |
|                              | ) |
| Defendants.                  | ) |

# GOVERNMENT'S PRELIMINARY WITNESS LIST[1]

The United States of America, by and through Assistant United States Attorneys Amanda P.M. Strachan and George P. Varghese, submits that it may call the following persons as witnesses during its case-in-chief in this case:

| No. | Name | Address |
|-----|------|---------|
| 1.  | Sara Albert | Department of Defense, Defense Criminal Investigative Service, Boston, MA |
| 2.  | Rick Allen | Georgia Board of Pharmacy, Atlanta, GA |
| 3.  | Almaris Alonso-Claudio | Food and Drug Administration, Silver Spring, MD |
| 4.  | Kathleen Anderson | Food and Drug Administration, Silver Spring, MD |
| 5.  | Michele Andolina | Lancaster, MA |
| 6.  | James Barnes | Florida Hospital Waterman, Tavares, FL |
| 7.  | Kenneth Boneau | Framingham, MA |
| 8.  | Nicholas Booth | Framingham, MA |
| 9.  | Mary Brandt | Centers for Disease Control and Prevention, Atlanta, GA |
| 10. | Michele Cale | Oregon Board of Pharmacy, Portland, OR |
| 11. | Belmira Carvalho | Hudson, MA |
| 12. | Derek Carvalho | Hudson, MA |
| 13. | Lindsay Carvalho | Hudson, MA |
| 14. | Leliz Cedrone | Framingham, MA |

---

[1] The United States reserves the right to modify and supplement this witness list.

| No. | Name | Address |
|---|---|---|
| 15. | Sudha Chaturvedi | New York State Department of Health, Albany, NY |
| 16. | Wilson Chu | Sunrise Hospital and Medical Center, Las Vegas, NV |
| 17. | Joseph Connolly | Mansfield, MA |
| 18. | Andrew Cordiale | Glens Falls Hospital, Glens Falls, NY |
| 19. | David Craft | Food and Drug Administration, Silver Spring, MD |
| 20. | Dr. John Culclasure | St. Thomas Outpatient Neurosurgical Center, Nashville, TN |
| 21. | Stacey Degarmo | Food and Drug Administration, NWE-DO, Stoneham, MA |
| 22. | Kandie Dino | Decatur Memorial Hospital, Decatur, IL |
| 23. | Kristina Donohue | Food and Drug Administration, Silver Spring, MD |
| 24. | Dr. Sunil Eappen | Massachusetts Eye and Ear Infirmary, Boston, MA |
| 25. | Roger Edwards | Madison Associates, Inc. Stuart, FL |
| 26. | Samuel Eskenazi | Food and Drug Administration, Northeast Regional Lab, Jamaica, NY |
| 27. | Brian Evans | U.S. Postal Inspection Service, Concord, NH |
| 28. | Debbie Faint | Winchester Hospital, Winchester, VA |
| 29. | Edward Fallon | Boston, MA |
| 30. | Owen Finnegan | Dracut, MA |
| 31. | Cory Fletcher | Clinton, NY |
| 32. | William Frisch | Massachusetts Board of Registration in Pharmacy, Boston, MA |
| 33. | Chris Gassen | Colorado State Board of Pharmacy, Denver, CO |
| 34. | Mario Giamei, Jr. | Sutton, MA |
| 35. | Kimberly Grinston | Missouri Board of Pharmacy, Jefferson City, MO |
| 36. | Susan Hadman | Food and Drug Administration, Northeast Regional Lab, Jamaica, NY |
| 37. | Stephen Haynes | Holliston, MA |

| No. | Name | Address |
|---|---|---|
| 38. | Tiffany Hyde | Analytical Research Laboratories, Oklahoma City, OK |
| 39. | Philip Istafanos | Food and Drug Administration, Northeast Regional Lab, Jamaica, NY |
| 40. | Patty Kaewussdangkul | Food and Drug Administration, Northeast Regional Lab, Jamaica, NY |
| 41. | Eric Kastango | CLINICAL*IQ*, LLC, Florham Park, NJ |
| 42. | David Kelly | Food and Drug Administration, Office of Criminal Investigations, Wakefield, MA |
| 43. | Patrick Kelly | Rhode Island Department of Health |
| 44. | Kevin Kinkade | Missouri Board of Pharmacy, Jefferson City, MO |
| 45. | Jeffrey Kohn | Food and Drug Administration, Northeast Regional Lab, Jamaica, NY |
| 46. | Jason Kravetz | Department of Veterans Affairs, Bedford, MA |
| 47. | Mike Laeder | Port Huron Hospital, Port Huron, MI |
| 48. | Henry Lau | Food and Drug Administration, San Francisco Laboratory, Alameda, CA |
| 49. | Frank Lombardo | Food and Drug Administration, Office of Criminal Investigations, Wakefield, MA |
| 50. | Stephen Lutz | Franklin, MA |
| 51. | Michael Mangiacotti | Food and Drug Administration, Office of Criminal Investigations, Wakefield, MA |
| 52. | Michael Maselli | Food and Drug Administration, Denver Laboratory, Denver, CO |
| 53. | Ralph McHatton | North Shore Medical Center, Salem, MA |
| 54. | Judy McMeekin | Food and Drug Administration, Silver Spring, MD |
| 55. | Tommy Means | Analytical Research Laboratories, Oklahoma City, OK |
| 56. | Brad Myers | Sentara Norfolk General, Norfolk, VA |
| 57. | Samia Nasr | Food and Drug Administration, Silver Spring, MD |
| 58. | David Newton | Shenandoah University, Winchester, VA |
| 59. | John Notorianni | Scituate, RI |

| No. | Name | Address |
|---|---|---|
| 60. | Samuel Penta | Massachusetts Board of Registration in Pharmacy, Boston, MA |
| 61. | Beth Reynolds | Framingham, MA |
| 62. | Joseph Ridgley | Food and Drug Administration, Office of Criminal Investigations, Wakefield, MA |
| 63. | Annette Robinson | Hopkinton, MA |
| 64. | Haydee Romero | Food and Drug Administration, Northeast Regional Lab, Jamaica, NY |
| 65. | Robert Ronzio | North Providence, RI |
| 66. | Lanndon Rose | Advocate Good Shepherd Hospital, Barrington, IL |
| 67. | Leeah Russell | Marlborough, MA |
| 68. | Steven Sanda | Poughkeepsie, NY |
| 69. | Philip Sliney | Federal Bureau of Investigation, Boston, MA |
| 70. | Mutahar Shamsi | Food and Drug Administration, Stoneham, MA |
| 71. | Patricia Stahnke | Food and Drug Administration, Denver Laboratory, Denver, CO |
| 72. | Jo Stewart | Massachusetts Eye and Ear Infirmary, Boston, MA |
| 73. | Tom Tyner | Spectrum Chemical, New Brunswick, NJ |
| 74. | William Winsley | Ohio Board of Pharmacy, Columbus, OH |
| 75. | Dr. Janet Woodcock | Food and Drug Administration, Silver Spring, MD |
| 76. | Jonathan Yenovkian | Food and Drug Administration, San Francisco Laboratory, Alameda, CA |

Respectfully submitted,

ANDREW E. LELLING
UNITED STATES ATTORNEY

By: /s/ Amanda P.M. Strachan
AMANDA P.M. STRACHAN
BBO # 641108
GEORGE P. VARGHESE
Assistant United States Attorneys
John J. Moakley United States Courthouse
One Courthouse Way, Suite 9200
Boston, Massachusetts 02210
(617) 748-3100
amanda.strachan@usdoj.gov
george.varghese@usdoj.gov

Dated: August 7, 2018

Certificate of Service

I hereby certify that the foregoing documents filed through the ECF system will be sent electronically to counsel for the defendants, who are registered participants as identified on the Notice of Electronic Filing (NEF).

By: /s/ Amanda P.M. Strachan
AMANDA P.M. STRACHAN
Assistant United States Attorney

Dated: August 7, 2018