```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF MASSACHUSETTS
```

UNITED STATES OF AMERICA,         )  CR. No. 14-10363-RGS
                                  )
                    Plaintiff     )
        v.                        )
                                  )
                                  )
MICHELLE THOMAS,                  )
                                  )
                    Defendant.    )
_____)

**DEFENDANT THOMAS's PROPOSED WITNESS LIST**

Defendant MICHELLE THOMAS, by and through her attorney of record, hereby submits the following list of witnesses she may introduce in her case in chief. Ms. THOMAS reserves the right to introduce additional witnesses in rebuttal to the government's evidence:

1. Norma J Owens, Pharm.D., Kingston, RI

2. Linda Berman, MD, Woonsocket, RI

3. Keeper of Records, Univ. Of Rhode Island Human Resources

4. Dorry Foltz, Elkhart, IN

5. Susan Riddle, Elkhart IN

6. Traci Flickinger, Elkhart, IN

Date: September 18, 2018		Respectfully submitted,
					MICHELLE THOMAS
					By her attorney

					/s/ *Michael C. Bourbeau*

					MICHAEL C. BOURBEAU BBO #545908
					Bourbeau & Bonilla, LLP
					80 Washington St., Building K
					Norwell, MA 02061
					(617) 350-6565

Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on the above date.

S/ *Michael C. Bourbeau*