UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>BARRY J. CADDEN, et al.<br><br><br>Defendants. | )<br>)<br>)  Criminal No.: 14-10363-RGS<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANTS' PROPOSED JUROR VOIR DIRE QUESTIONS**

Defendants, by and through undersigned counsel, respectfully request that this Court include the following questions in its examination of prospective jurors conducted pursuant to Rule 24(a) of the Federal Rules of Criminal Procedure. The defense reserves the right to supplement these proposed questions pending the outcome of certain pretrial motions and finalizing the defendants' witness list.

\*   \*   \*

| | |
|---|---|
| Respectfully submitted,<br>JOSEPH M. EVANOSKY,<br>By his attorneys, | Respectfully submitted,<br>GENE SVIRSKIY,<br>By his attorneys, |
| /s/ Mark W. Pearlstein | /s/ Jeremy M. Sternberg |
| Mark W. Pearlstein (BBO #542064)<br>Dana M. McSherry (BBO #664430)<br>Jennifer Aronoff (*admitted pro hac vice*)<br>MCDERMOTT WILL & EMERY LLP<br>28 State Street<br>Boston, Massachusetts 02109-1775<br>(617) 535-4000<br>mpearlstein@mwe.com<br>dmcsherry@mwe.com | Jeremy M. Sternberg (BBO# 556566)<br>Christopher M. Iaquinto (BBO# 685718)<br>HOLLAND & KNIGHT LLP<br>10 St. James Avenue, 11th Floor<br>Boston, Massachusetts 02116<br>(617) 523-2700<br>jeremy.sternberg@hklaw.com<br>christopher.iaquinto@hklaw.com |

| | |
|---|---|
| CHRISTOPHER M. LEARY,<br>By his attorneys, | SHARON P. CARTER,<br>By her attorney, |
| /s/ Paul V. Kelly<br>Paul V. Kelly (BBO #267010)<br>Sara W. Walsh (BBO #664232)<br>JACKSON LEWIS PC<br>75 Park Plaza, 4th Floor<br>Boston, Massachusetts 02116<br>(617) 367-0025<br>paul.kelly@jacksonlewis.com<br>sarah.walsh@jacksonlewis.com | /s/ Michael J. Pineault<br>Michael J. Pineault (BBO #555314)<br>CLEMENTS & PINEAULT, LLP<br>24 Federal Street<br>Boston, Massachusetts 02110<br>(857) 445-0135<br>mpineault@clementspineault.com |
| ALLA V. STEPANETS,<br>By her attorney, | GREGORY A. CONIGLIARO,<br>By his attorney, |
| /s/ John H. Cunha Jr.<br>John H. Cunha Jr. (BBO #108580)<br>CUNHA & HOLCOMB, P.C.<br>One State Street, Suite 500<br>Boston, Massachusetts 02109-3507<br>(617) 523-4300<br>cunha@cunhaholcomb.com | /s/ Daniel Rabinovitz<br>Daniel Rabinovitz (BBO #558419)<br>MURPHY & KING, PC<br>One Beacon Street, 21st Floor<br>Boston, Massachusetts 02108<br>(617) 423-0400<br>drabinovitz@murphyking.com |
| KATHY S. CHIN,<br>By her attorney, | MICHELLE L. THOMAS,<br>By her attorney, |
| /s/ Joan M. Griffin<br>Joan M. Griffin (BBO #549522)<br>P.O. Box 133<br>Dublin, New Hampshire 03444<br>(617) 283-0954<br>griffin@lawjmg.com | /s/ Michael C. Bourbeau<br>Michael C. Bourbeau (BBO #545908)<br>BOURBEAU AND BONILLA, LLP<br>Building K<br>80 Washington Street<br>Norwell, Massachusetts 02061<br>(617) 350-6565<br>mike@lawgenie.com |

## **CERTIFICATE OF SERVICE**

      I, Christopher M. Iaquinto, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-participants on September 18, 2018.

                                                              /s/Christopher M. Iaquinto  
                                                            Christopher M. Iaquinto

## **PROPOSED JUROR VOIR DIRE QUESTIONS**

1. Since completing the juror questionnaire, have you read or heard about this case in the news or on the Internet or done any research on this case, including "Googling" the terms "New England Compounding Center," "NECC," or any other terms related to this case?

2. Would you be able to follow an instruction from the Judge in this case that forbids you from conducting online research (through Google or otherwise), reading, listening to, discussing, writing, or posting online anything about this case, the New England Compounding Center, or any of its former owners or employees?

3. Do you or anyone close to you have education, training, or work experience in any of the following areas:

    __ Pharmacy or pharmacology
    __ Lab technician testing food or drug samples
    __ Environmental monitoring
    __ Microbiology

4. Have you or anyone close to you ever:

    __ Been involved in a state or federal regulatory agency inspection as part of your job
    __ Been responsible for drafting or enforcing company policies and procedures
    __ Taken, used or purchased any products made by a compounding pharmacy
    __ Taken or been given an injectable medicine
    __ Had a surgery in which you were administered a general anesthetic
    __ Worked as a scientist or in a lab
    __ Worked in a sterile environment, including a clean room

5. Do you have a positive or negative opinion of:

    __ Pharmacies or pharmacists
    __ Compounding pharmacies specifically
    __ The pharmaceutical industry

6. Do you hold any professional license(s) in the healthcare field?

7. Have you ever been a whistleblower or filed a whistleblower lawsuit?

8. Have you or anyone close to you ever worked in, or applied for work in, law enforcement, e.g. police, FBI, state or federal prosecutor, corrections officer?

9. Would you tend to believe the testimony of witnesses who work for law enforcement or government agencies (like the FBI or the Food and Drug Administration), more than other witnesses?

10. Have you ever:

   __ Served on a jury
   __ Been a plaintiff in a lawsuit
   __ Been a defendant in a lawsuit
   __ Testified under oath

11. Have you or anyone close to you ever been a victim of a crime?

12. Have you formed an opinion about the probable guilt or innocence of any of the defendants in this case based on anything that you have seen, heard or been told or based on any other experiences or views?

13. Is there any other matter or any information– including anything else in your background, experience, employment, training, education, knowledge, or beliefs – that would affect your ability to be a fair and impartial juror?