UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** )<br>)<br>v.   )<br>)<br>**BARRY CADDEN,** *et al.*   )<br>)<br>**Defendants.**   )<br>) | No. 14-CR-10363-RGS |

## DEFENDANTS' JOINT TRIAL MEMORANDUM

In its Order Setting Criminal Case for Jury Trial, dated July 31, 2018, the Court ordered the filing of "a trial memorandum addressing those matters as to which there are foreseeable disputes concerning issues of law."

Defendants have identified to this Court all matters for which they currently foresee disputes of law, in the form of the Motions in Limine, Motions to Compel and Requests for Jury Instructions, filed previously.

Motions in Limine, Motions to Compel and Requests for Jury Instructions

- Docket No. 1563 — Motion in Limine to Prohibit Vicarious Liability Argument by the Government as to Kathy S. Chin

- Docket No. 1564 — Motion in Limine to Exclude Evidence of Uncharged Shipments as to Kathy S. Chin

- Docket No. 1565 — Motion in Limine to Exclude Evidence of Other Alleged Wrongdoing as to Kathy S. Chin

- **Docket Nos. 1567-1568 — Defendants' Motion for an Advance Proffer, Hearing, and Ruling on the Admissibility of Statements and Conduct by Alleged Coconspirators and Memorandum in Support**[1]

---

[1] Defendants suggest that the Court may wish to address the pleadings printed in bold, as temporal priorities.

- **Docket No. 1571**   **Supplemental Motion in Limine Regarding Evidence of Patient Harm Relating to Methylprednisolone Acetate**
- Docket No. 1575   Motion in Limine to Exclude NECC WatchList Emails as to Kathy S. Chin
- Docket No. 1578   Proposed Jury Instructions by Kathy S. Chin
- Docket No. 1580   Sealed Motion in Limine to Exclude References to Proposed Government Exhibit 575 and Related Issues
- Docket No. 1581   Defendants' Motion in Limine to Exclude Any Mention of the Recycling Business Adjacent to NECC
- Docket No. 1582   Gregory Conigliaro's Motion in Limine to Exclude Evidence of Communications with Various State Boards of Pharmacy
- Docket No. 1584   Defendants' Motion in Limine to Exclude Evidence of Non-Sterile Testing Results
- Docket No. 1585   Defendant Gene Svirskiy's Joinder in Defendant Kathy S. Chin's Motion in Limine to Exclude Evidence of Uncharged Shipments
- Docket No. 1586   Defendants Gene Svirskiy's and Christopher Leary's Motion in Limine to Preclude the Government from Referring to Methotrexate Being Used to Treat Pediatric Cancer Patients
- Docket No. 1589   Motion to Compel Defendant-identified Exhibit List
- Docket No. 1591   Motion in Limine to Exclude Misleading References to USP Provisions on Remediation for Contamination of Surface Samples
- Docket No. 1592   Motion to Compel Expert Witness Disclosures
- Docket No. 1593   Motion to Exclude Case-Agent Testimony Regarding the Investigation
- Docket No. 1594   Motion to Exclude Post-Contaminated Shipment/Recall Efforts
- Docket No. 1595   Defendant Gene Svirskiy's Motion in Limine to Exclude All References to His Marriage to Inna Svirskiy
- Docket No. 1596   Motion in Limine to Exclude Misleading References to Pharmacy Technician "License" or "Licensing" in Massachusetts

- Docket No. 1597 — Remaining Defendant's Request for Jury Instructions[2]

- Docket No. 1598 — Defendant Gene Svirskiy's Motion in Limine to Exclude Evidence of Lorazepam Allegedly Filled into Vials at NECC

- Docket No. 1600 — Motion to Exclude Improper Summary Exhibits

- Docket No. 1602 — Motion in Limine to Exclude Exhibits Regarding Erroneous Test Result of Mannitol on August 29, 2012

- **Docket No. 1603** — **Defendants' Motion in Limine Regarding Objectionable Trial Practices by the Government**

- Docket No. 1604 — Defendants' Motion to Adopt and Reissue Certain in Limine Rulings from the Cadden and Chin Trials

- Docket No. 1609 — Defendants' Motion in Limine to Exclude Government Exhibit 129 – Excerpts of Sales and Training Videos

- Docket No. 1610 — Motion for Joinder in Defendant Kathy Chin's Motion in Limine re Uncharged Shipments

<u>Jury Questionnaire and Neutral Case Summary</u>

Additional legal issues may be presented by Remaining Defendants' Proposed Jury Questionnaire and Neutral Case Summary (Docket No. 1599).

Defendants also maintain their legal positions on matters raised in previously filed Motions to Dismiss, and reserve the right to readdress those issues when appropriate. All mentioned documents are included herein by reference.

For purposes of evidentiary objections made by one or more Defendants, whether made orally, at trial, or in writing, via a motion in limine, Defendants respectfully request that an objection by one be deemed an objection by all.

---

[2] These requested instructions are largely based on those given in the Barry Cadden and Greg Chin trials. For clarity and ease of reference, Defendants have attempted to highlight in the proposed instructions where they may substantively differ from the Cadden/Chin instructions.

Respectfully submitted,

| | |
|---|---|
| GENE SVIRSKIY<br>By his attorneys,<br><br>*/s/ Jeremy M. Sternberg*<br>Jeremy M. Sternberg<br>B.B.O. No. 556566<br>Christopher M. Iaquinto<br>B.B.O. No. 685718<br>HOLLAND & KNIGHT<br>10 Saint James Avenue, 11th Floor<br>Boston, MA 02116<br>(617) 854-1476<br>jeremy.sternberg@hklaw.com<br>christopher.iaquinto@hklaw.com | CHRISTOPHER M. LEARY<br>By his attorney,<br><br>*/s/ Paul V. Kelly*<br>Paul V. Kelly<br>B.B.O. No. 267010<br>Sarah Walsh<br>B.B.O. No. 664232<br>JACKSON LEWIS PC<br>75 Park Plaza, 4th Floor<br>Boston, MA 02116<br>(617) 367-0025<br>paul.kelly@jacksonlewis.com |
| JOSEPH M. EVANOSKY<br>By his attorneys,<br><br>*/s/ Marek W. Pearlstein*<br>Mark W. Pearlstein<br>B.B.O. No. 542064<br>Dana M. McSherry<br>B.B.O. No. 664430<br>MCDERMOTT WILL & EMERY<br>28 State Street<br>Boston, MA 02109<br>(617) 535-4000<br>mpearlstein@mwe.com<br>dmcsherry@mwe.com | SHARON P. CARTER<br>By her attorney,<br><br>*/s/ Michael J. Pineault*<br>Michael J. Pineault<br>B.B.O. No. 555314<br>CLEMENTS & PINEAULT LLP<br>24 Federal Street<br>Boston, MA 02110<br>(857) 445-0135<br>mpineault@clementspineault.com |

| | |
|---|---|
| ALLA V. STEPANETS<br>By her attorney, | Kathy Chin,<br>By her attorney |
| */s/ John H. Cunha, Jr.*<br>John H. Cunha, Jr.<br>B.B.O. No. 108580<br>Helen Holcomb<br>B.B.O. No. 547538<br>CUNHA & HOLCOMB, P.C.<br>1 State Street, Suite 500<br>Boston, MA 02109<br>(617) 523-4300<br>cunha@cunhaholcomb.com | /s/ Joan M. Griffin<br>Joan M. Griffin<br>B.B.O. No. 549522<br>P.O. Box 133<br>Dublin, New Hampshire 03444<br>(617) 283-0954<br>griffin@lawjmg.com |
| MICHELLE L. THOMAS<br>By her attorney, | |
| */s/ Michael C. Bourbeau*<br>Michael C. Bourbeau<br>B.B.O. No. 545908<br>BOURBEAU AND BONILLA, LLP<br>80 Washington Street, Building K<br>Norwell, Massachusetts 02061<br>(617) 350-6565<br>mike@lawgenie.com | |

Date: September 18, 2018

### CERTIFICATE OF SERVICE

I certify that a copy of the foregoing pleading was filed on September 18, 2018 via the ECF system, and was sent electronically on that date to the parties' counsel of record.

/s/   John H. Cunha Jr.
John H. Cunha Jr.