UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>GENE SVIRSKIY ET AL., )<br>)<br>Defendants. )<br>) | Court No.: 14-cr-10363-RGS-3-5, 7-9, 11-12 |

## GOVERNMENT'S RESPONSE TO TRIAL ORDER WITH RESPECT TO REMAINING DEFENDANTS

Pursuant to this Court's Trial Order with Respect to Remaining Defendants (Doc. No. 1557), the United States submits the following proposed neutral description of the case to be provided to the venire, attached as Exhibit A. The government is also providing a red-lined version to clearly identify the proposed changes from the Court's original version.

                                          Respectfully submitted,

                                          ANDREW E. LELLING
                                          UNITED STATES ATTORNEY

                    By:    /s/ George P. Varghese
                           AMANDA P.M. STRACHAN
                           BBO # 641108
                           GEORGE P. VARGHESE
                           Assistant United States Attorneys
                           John J. Moakley United States Courthouse
                           One Courthouse Way, Suite 9200
                           Boston, Massachusetts 02210
                           (617) 748-3100
                           amanda.strachan@usdoj.gov
                           george.varghese@usdoj.gov

Dated: September 19, 2018

Certificate of Service

    I hereby certify that the foregoing documents filed through the ECF system will be sent electronically to counsel for the defendant, who is a registered participant as identified on the Notice of Electronic Filing (NEF).

|  |  |
|---|---|
|  | By: /s/ George P. Varghese |
|  | GEORGE P. VARGHESE |
|  | Assistant United States Attorney |

Dated: September 19, 2018