UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>KATHY S. CHIN, )<br>MICHELLE L. THOMAS, )<br>)<br>Defendants. ) | Case No. 14-CR-10363-RGS-11, 12 |

NOTICE OF APPEARANCE

To the Clerk:

Please enter my appearance in the above-captioned case as counsel for the United States of America.

Respectfully submitted,

ANDREW E. LELLING
United States Attorney

Date: January 29, 2019

By: */s/ Christopher Looney*
Christopher Looney
Assistant U.S. Attorney
United States Attorney's Office
408 Atlantic Avenue, Suite 530
Boston, Massachusetts 02110
617-748-3287
Christopher.Looney@usdoj.gov

CERTIFICATE OF SERVICE

I, Christopher Looney, hereby certify that the foregoing was filed through the Electronic Court Filing System and will be sent electronically to registered participants as identified on the Notice of Electronic Filing.

Date: January 29, 2019

*/s/ Christopher Looney*
Christopher Looney
Assistant U.S. Attorney