UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,          )   CR. No. 14-10363-RGS
                                   )
                  Plaintiff        )
          v.                       )
                                   )
                                   )
MICHELLE THOMAS,                   )
                                   )
                  Defendant.       )
_____  )

**DEFENDANT THOMAS's MOTION TO SEAL EXHIBIT TO MOTION IN LIMINE RE: "FAKE NAMES"**

Defendant MICHELLE THOMAS, by and through her attorney of record, hereby moves this Honorable Court to seal an exhibit to the Motion in Limine re: "Fake Names."  As grounds therefore Ms. THOMAS submits that the exhibit contains "non public" information.


Date: April 15, 2019          Respectfully submitted,

                              MICHELLE THOMAS

                              By her attorney

                              /s/ *Michael C. Bourbeau*

                              MICHAEL C. BOURBEAU BBO #545908
                              Bourbeau & Bonilla, LLP
                              80 Washington St., Building K
                              Norwell, MA 02061
                              (617) 350-6565


1

Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on the above date.

S/ *Michael C. Bourbeau*