UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> v. ) <br> ) <br> MICHELLE THOMAS, ) <br> ) <br> Defendant. ) <br> ) | Court No.: 14-cr-10363-RGS-8 |

## VERDICT FORM

## COUNTS 108-109

*(Introduction of Misbranded Drugs into Interstate Commerce with Intent to Defraud and Mislead – No Prescriptions)*

As to the offense of introducing misbranded drugs into interstate commerce with intent to defraud and mislead, as charged in Counts 108 and 109 of the Indictment, we the jury unanimously find defendant Michelle Thomas (check the appropriate box(es)):

| Count | Date of Shipment | Location | Description | Not Guilty | Guilty | Guilty with Intent to Defraud or Mislead |
|---|---|---|---|---|---|---|
| 108 | 3/20/10~~1~~2 (yr) 2012 | Lincoln, Nebraska | 12 vials of betamethasone repository | | | ✓ |
| 109 | 4/9/2012 | Lincoln, Nebraska | 60 vials of betamethasone repository | | | ✓ |

The foregoing answers are the unanimous verdict of the jury as to whether MICHELLE THOMAS is guilty or not guilty of each of the Counts of the Indictment in which she is named.

_5·2·19_
Date

_[signature]_
Foreperson