5.2.19

Your Honor,

We just want to make sure you are aware that one of the jurors, Mr. Marco Oliveira, works directly with the FDA & knows the inspector who served as a witness  Michael Mangiacotti.

Please advise.

Thank you.
Mary Grace