# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA, )<br><br>Plaintiff, )<br><br>v. )<br><br>KATHY S. CHIN, )<br>MICHELLE L. THOMAS )<br><br>Defendants. ) | Case No. 14-CR-10363-RGS |

## DEFENDANTS KATHY S. CHIN'S AND MICHELLE L. THOMAS'S MOTION TO CONTINUE SENTENCING HEARINGS

Defendants Kathy S. Chin and Michelle L. Thomas move to continue their sentencing hearings, currently scheduled for October 17, 2019, for 30 – 45 days to permit the court to rule on their pending Rule 29/33 motions.

Respectfully Submitted,

| KATHY S. CHIN, | MICHELLE L. THOMAS, |
|---|---|
| By her attorney, | By her attorney, |
| /s/ Joan M. Griffin | /s/ Michael C. Bourbeau |
| Joan M. Griffin (BBO# 549522) | Michael C. Bourbeau (BBO #545908) |
| PO Box 133 | BOURBEAU AND BONILLA, LLP |
| Dublin, NH 03444 | Building K |
| griffin@lawjmg.com | 80 Washington Street |
| (617) 283-0954 | Norwell, Massachusetts 02061 |
|  | (617) 350-6565 |
|  | mike@lawgenie.com |

Date: October 7, 2019

## LOCAL RULE 7.1 CERTIFICATE

The undersigned conferred with the government and they do not assent to the motion.

                                                  /s/ Joan M. Griffin
                                                 Joan M. Griffin

## CERTIFICATE OF SERVICE

I hereby certify that the above document was served on all parties of record by ECF filing on October 7, 2019.

                                                  /s/ Joan M. Griffin
                                                 Joan M. Griffin